ACCEPTED
01-15-00587-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 10:48:33 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00587-CV

_____

IN THE

**FIRST COURT OF APPEALS**

at HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/25/2015 10:48:33 AM
CHRISTOPHER A. PRINE
Clerk

_____

**TU NGUYEN**,

Appellant

**vs.**

**BANK OF AMERICA**, **N.A.**

Appellee

_____

Appealed from the 333rd District Court
Harris County, Texas

_____

**APPELLANT'S MOTION FOR  EXTENSION
OF DEADLINE TO FILE APPEAL BRIEF**

_____

TU NGUYEN, Appellant
3310 N. Braeswood
Houston, Texas 77025
713-702-6007

_____

**TU NGUYEN**,

Appellant

vs.

**BANK OF AMERICA**, **N.A.**

Appellee

_____

**Certificate of Parties and attorneys**
_____

In order that the numbers of this Court may determine disqualification and recusal under the Texas Rules of Appellate Procedure 15, 15a, Appellant certifies that the following is a complete list of the parties, attorneys, and other persons with a financial interest in the outcome of this lawsuit.

| | | | |
|---|---|---|---|
| 1. | TU NGUYEN<br>3310 N. Braeswood<br>Houston, Texas 77025 | 2. | RANDALL B. CLARK<br>Email: rclark@mcguirewoods.com<br>600 Travis Street, Suite 7500<br>Houston, Texas 77002<br>ATTORNEYS FOR PLAINTIFF,<br>BANK OF AMERICA, N.A. |

Respectfully submitted,

*Tu Nguyen*

_____

TU NGUYEN, Appellant

Appellant, Tu Nguyen respectfully requests that the Court grant a 60-day extension of time for appellant to file his appeal brief in the above-captioned matter for the reasons discussed below.

1.      The 333rd District Court of Harris County signed the Order in favor of plaintiff's/appellee's summary judgment June 4th, 2015.

2.      Appellant filed request for supplementary records on Nov 25th, 2015 The date the Appellant's brief was due on November 30th, 2015.

For these reasons, appellant asks this Court to grant appellant's motion of extension to file his this appeal.  The requested extension would move the deadline to file his appeal brief to Jan 30th, 2016.

Respectfully submitted,

*Tu Nguyen*

## CERTIFICATE OF SERVICE

I certify that a correct copy of the foregoing has been forwarded to BANA's counsel of record on this 25th, day of Nov, 2015 via rclark@mcguirewoods.com.

*Tu Nguyen*